UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY RIVAS,                                  No. C 09-1285 SI (pr)

        Petitioner,                                **JUDGMENT**

     v.

JAMES A. YATES, warden,

        Respondent.

_____ /

     The petition for writ of habeas corpus is dismissed because it was not filed within the time permitted by the habeas statute of limitations.

     IT IS SO ORDERED AND ADJUDGED.

DATED: January 13, 2010                          _____
                                       SUSAN ILLSTON
                               United States District Judge