UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSEPH A. RIVAS,

                Plaintiff,

  v.

JAMES A. YATES et al,

                Defendant.

Case Number: CV09-01285 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joseph Anthony Rivas T-52762
CSP-Corcoran I
P.O. Box 3461
Corcoran, CA 93212


Dated: January 13, 2010

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk